## 6566.   WEST v. LOCKLEAR.

WADE, J.   In the state of the record, the errors complained of were immaterial, and the court did not err in overruling the motion for a new trial.                                        *Judgment affirmed.*

DECIDED JANUARY 10, 1916.

Complaint; from city court of Floyd county—Judge Reece. April 24, 1915.

*Rowell & Davis,* for plaintiff in error.

*Denny & Wright, Graham Wright,* contra.

---

## 6575.   JACKSON v. BARKSDALE.

WADE, J.   1. There being no levy upon the property of the defendant and no bond given by him to dissolve the garnishment based upon the judgment against him, he was not such a party to the garnishment proceedings as to authorize the interposition of an affidavit of illegality on his part.  *Leake* v. *Tyner,* 112 *Ga.* 919 (38 S. E. 343).

2. The judge of the superior court erred in overruling the certiorari.

*Judgment reversed.*

DECIDED JANUARY 10, 1916.

Certiorari; from Fulton superior court—Judge Bell.   March 21, 1915.

*Gober & Jackson,* for plaintiff in error.

*W. O. Wilson,* contra.